U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 12 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-0121-01 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| ANTONIO D'ANDRE HOLMES | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Antonio D'Andre Holmes, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Antonio D'Andre Holmes' agreement to forfeit and abandon his interest in any firearm seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this __12th__ day of __August__ 2011 in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE